1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**STATE OF CALIFORNIA, CENTRAL DISTRICT**

| | |
|---|---|
| ALEKSANDAR MACKOVSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF GARDEN GROVE, a municipal entity; CITY OF GARDEN GROVE POLICE DEPARTMENT, a public entity; Officer BEX OF CITY OF GARDEN GROVE POLICE DEPARTMENT, an individual; and, Does 1 through 100,<br><br>    Defendants.<br>_____<br>ANDRIJANA MACKOVSKA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF GARDEN GROVE, a municipal entity; CITY OF GARDEN GROVE POLICE DEPARTMENT, a public entity; Officer BEX OF CITY OF GARDEN GROVE POLICE DEPARTMENT, an individual; and, Does 1 through 100,<br><br>    Defendants.<br>_____ | NO. SACV 11-01538 CJC (Anx)<br>[combined w/case SACV 11-01538]<br><br>**JUDGMENT re DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

1

1       IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiffs take
2 nothing by way of their lawsuit, that the action be dismissed on the merits and that
3 Defendants, City of Garden Grove, Garden Grove Police Department and Officer
4 Bex recover their costs in the amount of $_____.

Dated: November 6, 2014

_____
Honorable Cormac J. Carney
United States District Court Judge