# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. SACV 11-01538-CJC(DFMx)            Date: March 22, 2018

Title: ALEKSANDER MACKOVSKI *ET AL.* V. CITY OF GARDEN GROVE *ET AL.*

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE DISQUALIFIED**

    The Court has become aware that Plaintiff's counsel, Lenore Albert, has been suspended by the State Bar of California and currently is not eligible to practice law in California. The Court has serious concerns whether Ms. Albert may continue to represent Plaintiff in this case. Plaintiff is hereby **ORDERED** to show cause why Ms. Albert should not be disqualified as his attorney of record. Plaintiff shall file a response to the Court's order by **Monday, March 26, 2018**. Defendants shall file any reply by **Wednesday, March 28, 2018, at 12:00 p.m.**

aa

MINUTES FORM 11
CIVIL-GEN                                                                                     Initials of Deputy Clerk MKU