UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ALEKSANDAR MACKOVSKI,

    Plaintiff,

  v.

OFFICER BEX OF THE CITY OF GARDEN GROVE POLICE DEPARTMENT,

    Defendant.

Case No.: SACV 11-01538-CJC(DFMx)

JUDGMENT

The arguments having been presented and fully considered, and in accordance with the Court's May 14, 2018, Order granting summary judgment in favor of Defendant Ray Bex on Plaintiff Aleksandar Mackovski's sole remaining claim for a violation of 42 U.S.C. § 1983, excessive force, in his operative Second Amended Complaint,

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff Aleksandar Mackovski shall recover nothing from Defendant Ray Bex on Plaintiff Aleksandar Mackovski's operative Second Amended Complaint, and his claim is dismissed on its merits and with prejudice;

2. Defendant Ray Bex shall have judgment in his favor on Plaintiff Aleksandar Mackovski's operative Second Amended Complaint; and

3. Defendant shall recover from Plaintiff Aleksandar Mackovski costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

DATED: May 15, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE